Michael D. COLLINS,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104882

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: October 24, 2017

FOR APPELLANT: Alexandria A. Shah, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Christine K. Lesicko, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

ORDER

PER CURIAM

Michael Collins appeals from the circuit court's judgment denying, without an evidentiary hearing, his motion for post-conviction relief pursuant to Rule 24.035. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).